Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
RICHARD BRYANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>              )<br>         Plaintiff,           )<br>              )<br> v.           )<br>              )<br> RICHARD BRYANT,           )<br>              )<br>         Defendant.           )  | CR-11-0175-CRB<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING |

    Upon the request of the defendant RICHARD BRYANT, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because of defense counsel's unavailability due to a jury trial in the Sonoma County Superior Court.

    The appearance is hereby continued from March 30, 2011 to April 13, 2011, at 9:30 in the morning before the Hon. James Larson, Magistrate Judge which is the time and place currently set for arraignment.

    The defendant agrees that the time limits of Rule 5.1(c) may be extended pursuant to Rule 5.1(d). It is further agreed that this period is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the continuity of counsel.

    Dated: 03/29/11

                                             /s/
                                     GEORGE C. BOISSEAU

                                     Attorney for Defendant
                                     RICHARD BRYANT

1  IT IS SO STIPULATED.

2  Dated: 03/29/11

3  /s/
KEVIN JAMES BARRY
Assistant United States Attorney

4

5

6  ORDER

7  GOOD CAUSE APPEARING, it is hereby ordered that the appearance for bond posting
8  be continued from March 30, 2011 until April 13, 2011 at 9:30 in the morning before the Hon.
9  James Larson, Magistrate Judge which is the time and place currently set for arraignment.

10  It is further ordered that the time limits of Rule 5.1(c) are extended pursuant to Rule
11  5.1(d).

12  It is further ordered that this period is excludable time under the Speedy Trial Act
13  pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the
14  continuity of counsel.

15  IT IS SO ORDERED.

16  Dated: 3/30/11

HON.
Magistrate Judge Joseph C. Spero
Northern District of California