Law Offices of
GEORGE C. BOISSEAU, CSB 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
RICHARD BRYANT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-0175-CRB |
| Plaintiff, | STIPULATION AND ORDER MODIFYING TERMS OF RELEASE AND ELECTRONIC MONITORING |
| v. | |
| RICHARD BRYANT, | |
| Defendant. | |

Upon stipulation of the government and defendant, and approval of Pre-Trial Services, the conditions of release for defendant, RICHARD BRYANT, shall be modified as follows:

Defendant shall be allowed to leave his residence for the purposes of employment.

Further, defendant shall in advance advise Pretrial Services of his employment opportunities and Pretrial Services may set reasonable conditions on defendant's employment and hours of employment in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO STIPULATED.

Dated: May 4, 2011

/s/
KEVIN BARRY
Assistant United States Attorney

STIPULATION AND ORDER
1

1  SO STIPULATED.

2  Dated: May 4, 2011

3                                          /s/
                                    GEORGE C. BOISSEAU
4                                   Attorney for Defendant
                                    RICHARD BRYANT

6                          ORDER

7  GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the conditions of release for defendant, RICHARD BRYANT, shall be modified as follows:

Defendant shall be allowed to leave his residence for the purposes of employment. Further, defendant shall in advance advise Pretrial Services of his employment opportunities and Pretrial Services may set reasonable conditions on defendant's employment and hours of employment in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO ORDERED.

Dated: 5/6/11

                                    HON. JOSEPH C. SPERO
                                    U.S. MAGISTRATE JUDGE

STIPULATION AND ORDER
                    2