Law Offices of
GEORGE C. BOISSEAU, CSB 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
RICHARD BRYANT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-0175-CRB |
| Plaintiff, | STIPULATION AND ORDER MODIFYING TERMS OF RELEASE TO ALLOW OUT-OF-DISTRICT TRAVEL |
| v. | |
| RICHARD BRYANT, | |
| Defendant. | |

Upon stipulation of the government and defendant, and approval of Pre-Trial Services, the conditions of release for defendant, RICHARD BRYANT, shall be modified as follows:

Defendant shall be allowed to leave his residence, upon approval of Pre-Trial Services, to travel to the Eastern District of California to help the custodian in this case move her belongings to defendant's residence in Novato, California.

Defendant shall in advance advise Pretrial Services of his travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO STIPULATED.

Dated: May 16, 2011

                                              /s/
KEVIN BARRY
Assistant United States Attorney

STIPULATION AND ORDER
1

1  SO STIPULATED.

2  Dated: May 16, 2011

3
                                        /s/
                                        GEORGE C. BOISSEAU
4                                       Attorney for Defendant
                                        RICHARD BRYANT
5

6                                    ORDER

7  GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that
8  the conditions of release for defendant, RICHARD BRYANT, shall be modified as follows:

9  Defendant shall be allowed to leave his residence, upon approval of Pre-Trial
10 Services, to travel to the Eastern District of California to help the custodian in this case move
11 her belongings to defendant's residence in Novato, California.

12 Defendant shall in advance advise Pretrial Services of his travel plans and Pretrial
13 Services may set reasonable conditions on defendant's travel in their discretion.

14 ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO
15 REMAIN UNCHANGED.

16 SO ORDERED.

17 Dated: 5/17/11

                                        _____
                                        HON. JOSEPH C. SPERO
                                        U.S. MAGISTRATE JUDGE

STIPULATION AND ORDER

2